THE LAW OFFICES OF

**BROWN & ASSOCIATES**
WWW.BROWNASSOCIATESLAW.COM

AMBER B. RABON, ESQ.
TEL: 619.501.4242 • FAX: 619.374.2336
402 WEST BROADWAY • SUITE 2010 • SAN DIEGO, CA 92101

FILED
NOV 18 2009
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____

November 13, 2009

**Via Hand-Delivery**

The Honorable Gordon Thompson, Jr.
U.S. District Court – Southern District of California
940 Front Street
San Diego, CA 92101

Re: *U.S. v. Rafael Mendez, Jr.*, Case No. 05CR1249GT

Your Honor:

    The above-referenced matter is a 2005 case where Your Honor sentenced my client, Rafael Mendez, to 5 years custody followed by 5 years supervised release. The special conditions of supervision included the following: Reside in a Community Corrections Center (CCC) as directed by the Bureau of Prisons for a period of 120 days commencing upon release from imprisonment. During his custodial term, Mr. Mendez transitioned from a Federal Bureau of Prisons facility to a CCC then to home confinement. He successfully completed approximately 6 months of home confinement. However, because the CCC condition in the original judgment provided for "a period *of* 120 days" rather than "a period *up to* 120 days," Mr. Mendez had to go from home confinement back into a CCC at the end of his "custodial" term.

    Currently U.S. Probation Officer Scott Bawden and CCC Case Manager Monya Morrow are supervising Mr. Mendez. Both agree there is no need for Mr. Mendez to reside at the CCC any longer. Again, Mr. Mendez successfully completed a six-month period of home confinement before returning to the CCC. Ms. Morrow also informs me all residence fees have been waived. In addition, Mr. Mendez is working and attending school and having to return to the CCC each night is making success at either almost impossible. Thus, the parties are requesting an amendment to the CCC condition in the original judgment or asking Your Honor to strike the condition altogether.

    We appreciate your time and attention to the matter. Please contact me at the telephone number listed above should Your Honor require additional information.

Sincerely,

*[signature]*

AMBER B. RABON, ESQ.

IT IS SO ORDERED.
DATED 11-18-09
*[signature]* Gordon Thompson Jr.
UNITED STATES DISTRICT JUDGE

WWB: abr
Enclosures: Judgment of Conviction
CC: Assistant U.S. Attorney John B. Owens; U.S. Probation Officer Scott Bawden; Case Manager Monya Morrow; Client File